IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> **Plaintiff,** <br><br> v. <br><br> JA'DARIOUS RAJAE SCROGGINS, <br><br> **Defendant.** | Case No. 24-CR-107-1-JFH |

### OPINION AND ORDER

Before the Court is a motion to withdraw guilty plea and for new counsel ("Motion") filed by Defendant Ja'Darious Rajae Scroggins ("Defendant"). Dkt. No. 156.

On April 7, 2025, Defendant pled guilty to participating in a drug conspiracy, as set forth in Count 1 of the Superseding Indictment [Dkt. No. 61]. Dkt. No. 109. On December 16, 2025, the Court entered an Order setting the sentencing hearing for January 30, 2026. On December 19, 2025, Defendant's former counsel, Merrideth Curnutte, filed a motion to withdraw, citing an irreconcilable conflict between counsel and Defendant. Dkt. No. 151. The Court invited counsel to supplement her motion, under seal if need be, to provide additional information regarding the basis for her request. Dkt. No. 152. On December 22, 2025, counsel filed a sealed supplement [Dkt. No. 153] and for the reasons set forth therein, the Court granted her motion to withdraw [Dkt. No. 154]. Attorney Michael Noland was appointed as substitute counsel. *Id.*

On January 2, 2025, the Court received a pro se motion from Defendant in which he requests substitute counsel and indicates that he would like to withdraw his guilty plea. Dkt. No. 156. It appears that the motion was mailed before Defendant received notice that the Court granted his counsel's motion to withdraw and appointed new counsel. Accordingly, Defendant's request for new counsel is moot. As to his request to withdraw his guilty plea, the Court notes that

Defendant's Motion is drafted and signed by Defendant only, not by his counsel. *Id.* The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion to withdraw guilty plea and for new counsel [Dkt. No. 156] is DENIED WITHOUT PREJUDICE.

Dated this 7th day of January 2026.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE